Submitted on record and briefs November 7, reversed and remanded for new trial
December 11, 1996

In the Matter of Judith Burns,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

JUDITH BURNS,
*Appellant.*

(C960009MC; CA A92035)

927 P2d 1122

Theresa M. Kohlhoff filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Jas. Adams, Assistant Attorney General, filed the brief for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for new trial. *State v. Allison,* 129 Or App 47, 877 P2d 660 (1994).